# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| MASS FINANCIAL CORP. | § | |
| | § | |
| v. | § | Case No. 4:08cv385 |
| | § | (Judge Schneider/Judge Mazzant) |
| AT&T MOBILITY LLC | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On June 9, 2009, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion to Dismiss Glenn Laga's Cross-Claim (Dkt. #26) be GRANTED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's Motion to Dismiss Glenn Laga's Cross-Claim (Dkt. #26) is GRANTED and Glenn Laga's Cross-Claim against Plaintiff is DISMISSED.

**IT IS SO ORDERED.**

**SIGNED this 6th day of July, 2009.**

_/s/ Michael Schneider_
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE